**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. 07-3094 M (LOA) |
| --- | --- |
| Plaintiff, | |
| v. | **ORDER** |
| Raul Molina Rodriguez, | |
| Defendant. | |

On Monday, March 6, 2007, this Court scheduled an initial appearance for Raul Molina Rodriguez in this case. After appointing counsel, this Court received information from the parties showing that the individual in court was actually Raul Abram Molina. Specifically, the government avowed to this Court that it had reviewed photographs obtained by the Warrants Division of the Marshal's Office that proved to its satisfaction that the defendant, Raul Molina Rodriguez, and the individual appearing in Court, Raul Abram Molina, are not the same individual. In addition, defense counsel avowed that Raul Abram Molina had been arrested before on this charge, and was released by this Court before because of the same issue – namely, mistaken identity.

Based upon the information provided by the parties, this Court ordered the immediate release of Raul Abram Molina. This formal order is issued after his release in the hope that it will prevent the arrest of Raul Abram Molina, in the future.

DATED this 9th day of March, 2007.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge